**Opinion issued February 22, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-23-00590-CV
_____

### JAZZIE WOMACK, Appellant

### V.

### GALVESTON COUNTY, GALVESTON INDEPENDENT SCHOOL DISTRICT, CITY OF GALVESTON, GALVESTON COLLEGE, AND GALVESTON COUNTY NAVIGATION DISTRICT NO. 1, Appellees

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Case No. 22-TX-0043**

---

## MEMORANDUM OPINION

Appellant, Jazzie Womack, filed a notice of appeal from the trial court's July 14, 2023 judgment. Appellant has neither established indigence for purposes of costs nor paid or made arrangements to pay the fee for the preparation of the clerk's

record.  *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1(a), 37.3(b).  On September 12, 2023, appellant was notified that this appeal was subject to dismissal if she did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by October 12, 2023.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).  Appellant did not adequately respond.

Based on appellant's failure to pay or make arrangements to pay the fee for preparing the clerk's record, appellees, Galveston County, Galveston Independent School District, City of Galveston, Galveston College, and Galveston County Navigation District No. 1, filed a motion to dismiss the appeal for want of prosecution.  More than ten days have passed, and appellant has not adequately responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellees' motion and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.